# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

CATHERINE F. VELARDO and
NELSON J. VELARDO,

        **Plaintiffs,**

-vs-                                                         Case No. 6:08-cv-806-Orl-31DAB

NUVELL FINANCIAL SERVICES LLC,
NATIONAL AUTO FINANCE COMPANY,
INC.,

        **Defendants.**

## ORDER

This matter comes before the Court on the Motion to Dismiss the Second Amended Complaint (Doc. 48) filed by the Defendants, Nuvell Financial Services, LLC ("Nuvell") and National Auto Finance, Inc. ("National"). The motion was filed on November 17, 2008, meaning that the deadline for a response was December 5, 2008. No such response has been filed. Pursuant to Local Rule 3.01(b), the motion is therefore considered unopposed.

The Court finds that the Defendants' motion is well taken. The Plaintiffs in this case are asserting FDUTPA, fraud, and TILA claims in regard to their May 2006 purchase of a Hyundai Sonata. The alleged TILA violations appear to have occurred outside the act's one-year statute of limitations, and no legitimate basis for equitable tolling has been asserted. And all the claims asserted herein are at issue – or should be at issue, as compulsory counterclaims – in a state court replevin action filed by Defendant National seven months prior to the filing of the instant suit. Accordingly, it is hereby

**ORDERED** that the Motion to Dismiss the Second Amended Complaint (Doc. 48) is **GRANTED**, and this case is **DISMISSED.**  The Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on December 16, 2008.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party